UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FOLASHADE ADALUMO,

    Plaintiff,

v.

JOSEPH STAFFORD, United States Consular-General, *et al.*,

    Defendants.

No. 3:11-cv-02024-RS

Honorable Richard Seeborg

[PROPOSED] ORDER

    PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Procedural Order dated April 26, 2011, for the above-captioned immigration mandamus case is hereby amended so that the defendant shall serve and file an answer no later than August 11, 2011.  The plaintiff may file a motion for summary judgment at any time.  If the plaintiff has not filed a motion for summary judgment by September 11, 2011, the defendant shall be the party who shall first file a motion for summary judgment, and the defendant must serve and file that motion by October 10, 2011.

RICHARD SEEBORG
United States District Judge

Dated: 7/12/11